01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08    RANAE NAITOKO,                          )
                                              )    CASE NO. C12-1411-JLR-MAT
09              Petitioner,                    )
                                              )
10         v.                                 )
                                              )
11    JEFFREY UTTECHT,                        )    ORDER DENYING MOTION FOR
                                              )    APPOINTMENT OF COUNSEL
12              Respondent.                    )
      _____ )
13

14         Petitioner proceeds *pro se* and *in forma pauperis* in this 28 U.S.C. § 2254 habeas

15    proceeding.  Petitioner filed a motion for appointment of counsel.  (Dkt. 9.)  Now, having

16    considered the motion, the Court does hereby find and ORDER as follows:

17         (1)      There is no right to have counsel appointed in cases brought under 28 U.S.C. §

18    2254 unless an evidentiary hearing is required.  *See Terravona v. Kincheloe*, 852 F.2d 424, 429

19    (9th Cir. 1988); *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the

20    Rules Governing Section 2254 Cases in the United States District Courts.  The Court may

21    exercise its discretion to appoint counsel for a financially eligible individual where the

22    "interests of justice so require."   18 U.S.C. § 3006A.   Here, petitioner fails to demonstrate that

ORDER DENYING APPOINTMENT OF COUNSEL
PAGE -1

01 the interests of justice are best served by appointment of counsel at the present time.

02 Accordingly, petitioner's motion for appointment of counsel (Dkt. 9) is DENIED.

03       (2)    The Clerk shall send a copy of this Order to the parties and to the Honorable

04 James L. Robart.

05       DATED this <u>18th</u> day of October, 2012.

06

07 _____
Mary Alice Theiler

08 United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING APPOINTMENT OF COUNSEL
PAGE -2