_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

FEB 22 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RANAE NAITOKO,

    Petitioner,

v.

JEFFREY UTTECHT,

    Respondent.

CASE NO. C12-1411-JLR

ORDER DENYING PETITIONER'S HABEAS PETITION WITH PREJUDICE

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED, with prejudice;

(3) Petitioner is DENIED issuance of a certificate of appealability, and

/ / /

/ / /

/ / /

12-CV-01411-ORD

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1

01     (4)     The Clerk is directed to send copies of this Order to petitioner, to counsel for

02     respondent, and to Judge Theiler.

03     DATED this 22ND day of February, 2013.

05                                   JAMES L. ROBART
                                      United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -2